1 | LAW OFFICES OF G. SAMUEL CLEAVER
G. SAMUEL CLEAVER (Cal. Bar No. 245717)
2 | 3660 Wilshire Boulevard, Suite 922
Los Angeles, CA 90010
3 | Tel: 213.568.4088
Fax: 213.568.4105
4 | Email: sam@gscleaverlaw.com

5 | Attorneys for Plaintiff
EBONY BALLARD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| EBONY BALLARD, | Case No. 2:20-cv-02679-MCS-E |
|---|---|
| Plaintiff, | [Hon. Mark C. Scarsi] |
| v. | **JOINT STATUS REPORT REGARDING SETTLEMENT** |
| LOUIS DEJOY, Postmaster General of the United States, | |
| Defendant. | Pretrial Conference Date: 5/24/21<br>Trial Date: 6/15/21 |

On April 19, 2021 the Parties mediated this matter with Lynn Bassis, Esq. and were not able to reach a resolution.  No further mediation sessions are scheduled and no further settlement discussions are currently planned.  The Parties have significantly different positions on the case, and it is unlikely further assistance from the Court would help the Parties reach a resolution.

LAW OFFICES OF G. SAMUEL CLEAVER

Dated: April 26, 2021             By:/s/  G. Samuel Cleaver
                                                  G. Samuel Cleaver
                                                  Attorneys For Plaintiff
                                                  Ebony Ballard


TRACY L WILKINSON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

Date:  April 26, 2021             By: /s/  Fatimargentina Lacayo
                                                  Fatimargentina Lacayo
                                                  Assistant United States Attorney
                                                  Attorneys for Defendant
                                                  Louis DeJoy, Postmaster General of the
                                                  United States

### ATTESTATION REGARDING SIGNATURES

I, G. Samuel Cleaver, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 26, 2021             By:   By:/s/  G. Samuel Cleaver