## DECLARATION OF FATIMARGENTINA LACAYO

I, Fatimargentina Lacayo, do hereby declare and state as follows:

1.      I am an Assistant United States Attorney ("AUSA") for the Central District of California, and the attorney responsible for representing Louis DeJoy, Postmaster General, in the case of *Ebony Ballard v. Louis DeJoy*, CV 20-02679 MCS (Ex). As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.      As the assigned AUSA on this matter, I have access to and am familiar with the exhibits, initial disclosures, discovery responses and documents produced by both parties during the course of litigation.

3.      On November 17, 2020, I attended the deposition of Delores Fractious, which was transcribed by a certified court reporter. A true and accurate copy of portions of the deposition of Delores Fractious is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of May 2021, at Los Angeles, California


/s/ *Fatimargentina Lacayo*
Fatimargentina Lacayo

**Declaration**

7