1
2
3
4
5
6
7
8
9           UNITED STATES DISTRICT COURT
10      FOR THE CENTRAL DISTRICT OF CALIFORNIA
11              WESTERN DIVISION
12

| | |
|---|---|
| EBONY BALLARD,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, Postmaster General of the United States of America,<br><br>Defendant. | Case No. CV-20-02679 MCS (Ex)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE, OR IN THE ALTERNATIVE LIMIT, THE TESTIMONY OF DELORES FRACTIOUS**<br><br><br>Honorable Mark C. Scarsi<br>United States District Judge |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Defendant's Motion in Limine, the Memorandum of Points and Authorities, the evidence presented therein, the Opposition and Reply briefs filed thereto:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion is granted and the testimony of Delores Fractious is excluded.


IT IS SO ORDERED.


DATED: _____, 2021



_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE