UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EBONY BALLARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, Postmaster General of the United States of America,<br><br>　　　　Defendant. | Case No. CV-20-02679 MCS (Ex)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY REGARDING OTHER EEO COMPLAINTS AND IMPROPER LAY PERSON OPINION**<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

Having considered Defendant's Motion in Limine, the Memorandum of Points and Authorities, the evidence presented therein, the Opposition and Reply briefs filed thereto:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion is granted and testimony regarding other Equal Employment Opportunity ("EEO") complaints and improper lay person opinions labelling actions from supervisors as "retaliatory" or "retaliation" is excluded.

IT IS SO ORDERED.

DATED: _____, 2021

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE