TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
FATIMARGENTINA LACAYO (Cal. Bar No. 326248)
HILLARY M. BURRELLE (Cal. Bar No. 298931)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3038/5645
    Facsimile: (213) 894-7819
    E-mail: Fatima.Lacayo@usdoj.gov/Hillary.Burrelle@usdoj.gov

Attorneys for Defendant Louis DeJoy,
Postmaster General, United States Postal Service

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| EBONY BALLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS DEJOY, Postmaster General of the United States Postal Service,<br><br>    Defendant. | No. CV 20-02679 MCS (Ex)<br><br>DEFENDANT'S MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY REGARDING UNEXHAUSTED EEO ALLEGATIONS; DECLARATION OF LESLIE CEDOLA<br><br>Pretrial Conf: May 24, 2021<br>Time: 2:00 p.m.<br>Trial: June 15, 2021<br>Ctrm: United States Courthouse<br>350 W. First Street<br>Courtroom 7C, 7th Floor<br>Los Angeles, CA 90012<br><br>Hon. Mark C. Scarsi<br>United States District Judge |

## NOTICE OF MOTION AND MOTION IN LIMINE NO. 3

PLEASE TAKE NOTICE that on Monday, May 24, 2021, at 2:00 p.m., or as soon thereafter as he may be heard, defendant Louis DeJoy, Postmaster General of the United States Postal Service ("USPS") will, and hereby does, move this Court for an order excluding any testimony or evidence of Plaintiff's unexhausted EEO allegations that were not presented to USPS during the administrative proceeding. This motion will be made in the First Street Federal Courthouse before the Honorable Mark C. Scarsi, United States District Judge, located at 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 7C, 7th Floor.

Defendant brings this motion on the ground that unexhausted allegations will lead to prejudice, confusion, and a waste of time in violation of Federal Rules of Evidence 403.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the declaration of Leslie Cedola, the files and records in this case, and such other evidence or argument as the Court may consider.

This Motion is made following the conference of counsel pursuant to this Court's Scheduling Order and the Local Rule 16-2 meeting of counsel which was held on April 26, 2021.

Dated: May 3. 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

/s/ Fatimargentina Lacayo
FATIMARGENTINA LACAYO
HILLARY BURRELLE
Assistant United States Attorney
Attorneys for Defendant, Louis DeJoy

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Defendant anticipates that Plaintiff will attempt to present evidence at trial that Plaintiff did not exhaust at the administrative level. Plaintiff's only exhausted allegations were that: (1) management was aware of her co-worker's previously sexually harassing conduct towards her and failed to address it; (2) On June 20, 2017, her schedule was changed; (3) On June 27, 2019, she was loudly asked in front of co-workers whether she wanted to resign. *See* Declaration of Leslie Cedola ("Cedola Decl.") ¶ 3, Ex. A. Plaintiff should be barred from raising any new allegations that she did not raise during the administrative process since those allegations are unexhausted and have a high probability of confusing the jury and unfairly prejudicing Defendant.

## II. ARGUMENT

To litigate a Title VII claim in federal district court, plaintiffs must first exhaust their administrative remedies. *Sosa v. Hiraoka*, 920 F.3d 385, 392 (9th Cir. 1990). Failure to exhaust "renders a suit subject to dismissal in the absence of any equitable consideration to the contrary." *Karim-Panahi v. Los Angeles Police Dep't*, 839 F.2d 621, 626 (9th Cir. 1988); 42 U.S.C. §2000e-16(c) (judicial review permitted only after exhaustion of administrative remedies). All of Plaintiff's claims alleged to have occurred after August 30, 2019, when USPS accepted an amendment to Plaintiff's formal EEO Complaint and, certainly after October 24, 2019, when an EEO investigation report was issued following an investigation, are not actionable because they were not exhausted. *See* Cedola Decl. ¶ 3, Ex. A.

Plaintiff will presumably argue that her new allegations that she either (1) did not make at the administrative level or (2) concern events that occurred subsequent to August 30, 2019, are probative to her claims of retaliation. If that evidence has probative value, however, its value is outweighed by the likelihood that the jury will be confused or misled by evidence about the events that Plaintiff alleges occurred subsequent to

August 30, 2019. As such, this evidence should be excluded under Federal Rules of Evidence, rule 403. Allowing the jury to consider allegations that were not made at the administrative level creates the possibility that a jury might find that Plaintiff's change of schedule and comment about her resignation (which are the sole actions presented administratively) were non-retaliatory, but still return a verdict in favor of Plaintiff if it concludes that the USPS acted improperly with regards to Plaintiff's new, unexhausted allegations. Plaintiff's new, unexhausted allegations could also result in "mini-trials" that could confuse the jury and unfairly prejudice Defendant in violation of Fed. R. Evid. 403.

### III. CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court enter an order excluding any testimony or evidence that were not exhausted at the administrative level.

Dated: May 3. 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

/s/ Fatimargentina Lacayo
FATIMARGENTINA LACAYO
HILLARY BURRELLE
Assistant United States Attorney

Attorneys for Defendant, Louis DeJoy