**UNITED STATES POSTAL SERVICE®**

# EEO Investigation Report

**NOTICE OF RESTRICTED USAGE**

Access to, and usage of, this EEO complaint file is RESTRICTED by both the Freedom of Information Act and the Privacy Act to: (1) the complainant (and his or her representative), and (2) government officials who must have access to the files to discharge their OFFICIAL duties. The file and its contents must be safeguarded. Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a (i) (1)).

| 1. Processing Office | 2. Case No. | 3. Date Filed |
|---|---|---|
| National EEO Investigative Services Office | 4F-900-0218-19 | July 19, 2019 |

| 4. Complainant Name | 5. Position Title |
|---|---|
| Ebony Lynn Ballard | Postal Support Employee Sales & Services/Distribution |

| 6. Address of Complainant | 7. Name of Complainant's Supervisor |
|---|---|
| 303 E. Denni Street #106<br>Wilmington CA 90744-3521 | Karla Arguello |

| | 8. Telephone No. | 9. Email Address |
|---|---|---|
| | 310.328.8301 | Karla.p.arguello@usps.gov |

| 10. Telephone No. | 11. Email Address | 12. Preference Eligible (yes or no) | 13. Mixed Case (yes or no) |
|---|---|---|---|
| 323.948.2085 | Ebonyballard13@yahoo.com | No | No |

| 14. Complainant's Postal Facility | 15. Responding Postal Facility |
|---|---|
| Torrance Post Office | Torrance Post Office |

| 16. Responding Postal Manager's Name | 19. Responding Postal Manager's Address |
|---|---|
| Debra Graham-Davis; Karla Arguello | Torrance Post Office<br>2510 Monterey Street<br>Torrance CA 90503-9998 |

| 17. Telephone No. | 18. Email Address |
|---|---|
| 310.328.8301 | Deborah.graham@usps.gov<br>Karla.p.arguello@usps.gov |

## Type of Complaint

| 20. Race | 21. Color | 22. Religion | 23. Sex<br>Female | 24. National Origin | 25. Age (Date of Birth) |
|---|---|---|---|---|---|
| 26. Physical Disability | | | 27. Mental Disability | | |
| 28. Retaliation Based on Previous Activity (Cited Dates and Case Nos.)<br>1. Date:  Case No.:  Instant Complaint 4F-900-0218-19 | | | 29. Genetic Information Nondiscrimination Act (GINA) | | |

30. Claim(s):

Complainant alleged she was subject to sexual harassment based on Sex (Female) when:
1) Management was aware of co-worker's previous sexually harassing conduct and failed to address it exposing Complainant to lewd comments about her body and culminating in the co-worker taking hold of Complainant from behind and grabbing her buttocks.

Complainant alleged she was subjected to continued harassment based on Sex (Female) and Retaliation (Current EEO Activity) when:
2) On June 20, 2019, Complainant's schedule was changed moving her starting time from 9:00 AM to 4:00 AM; and
3) On June 27, 2019, Complainant was loudly asked in front of co-workers whether she wanted to resign from her position.

Remedy Requested: Complainant requests:
- Backpay and benefits (including sick and vacation leave), compensation for emotional distress, and attorney fees and costs;
- Other remedies according to evidence and proof;
- Full and complete investigation into her claims;
- No retaliation;
- Mr. Wysinger be prevented from sexually assaulting or harassing female employees; and
- Mr. Wysinger be held accountable for his sexual assault.

| 31. Complainant's Representative Name | 32. Title |
|---|---|
| G. Samuel Cleaver | Attorney |

| 33. Address of Representative |
|---|
| 5670 Wilshire BLVD 18th Floor Los Angeles, CA 90036 |

| 34. Investigator's Name (Print or Type) | 35. Office Telephone No. | 36. Email Address |
|---|---|---|
| Diana Krotz | 630.423.2165 | Diana.M.Krotz@usps.gov |

| 37. Postal Address of Investigator | 38. Postal Address of Area Manager of EEO Compliance and Appeals |
|---|---|
| 8351 Estero Blvd<br>Fort Myers Beach FL 33931-5104 | c/o Pacific Area<br>PO Box 880546<br>San Francisco CA 94188-0546 |

| 39. Investigator's Signature | 40. Date Report Completed | 41. Investigator No. |
|---|---|---|
| *Diana Krotz* | October 24, 2019 | |

PS Form **2430**, June 2011

**Exhibit A**

**6**