1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EBONY BALLARD,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LOUIS DEJOY, Postmaster General of the United States of America,<br><br>　　　　Defendant. | Case No. CV-20-02679 MCS (Ex)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY REGARDING UNEXHAUSTED EEO ALLEGATIONS**<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

1

Having considered Defendant's Motion in Limine, the Memorandum of Points and Authorities, the evidence presented therein, the Opposition and Reply briefs filed thereto:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion is granted and testimony regarding complaints Plaintiff  (1) did not make at the administrative level or (2) concern events that occurred subsequent to August 30, 2019 is excluded.


IT IS SO ORDERED.



DATED: _____, 2021



_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE