| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

EBONY BALLARD,

Plaintiff,

v.

LOUIS DEJOY, Postmaster General of the United States of America,

Defendant.

Case No. CV-20-02679 MCS (Ex)

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE TERMINATIONS AND/OR DISCIPLINE OF OTHER USPS EMPLOYEES**

Honorable Mark C. Scarsi
United States District Judge

Having considered Defendant's Motion in Limine, the Memorandum of Points and Authorities, the evidence presented therein, the Opposition and Reply briefs filed thereto:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion is granted and testimony regarding the termination or discipline of USPS employees not involved in the present action is excluded.

IT IS SO ORDERED.

DATED: _____, 2021

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE