TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
FATIMARGENTINA LACAYO (Cal. Bar No. 326248)
HILLARY M. BURRELLE (Cal. Bar No. 298931)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3038/5645
    Facsimile: (213) 894-7819
    E-mail: Fatima.Lacayo@usdoj.gov/Hillary.Burrelle@usdoj.gov

Attorneys for Defendant Louis DeJoy,
Postmaster General, United States Postal Service

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EBONY BALLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS DEJOY, Postmaster General of the United States Postal Service,<br><br>    Defendant. | No. CV 20-02679 MCS (Ex)<br><br>**DEFENDANT'S PROPOSED VOIR DIRE**<br><br>Trial: June 15, 2021<br>Time: 8:30 a.m.<br>Ctrm: United States Courthouse<br>350 W. First Street<br>Courtroom 7C, 7th Floor<br>Los Angeles, CA 90012<br><br>Hon. Mark C. Scarsi<br>United States District Judge |

Defendant Louis DeJoy, Postmaster General, by and through his counsel of record, hereby submits to the Court its proposed *voir dire* questions. Defendant requests the Court inquire of each individual prospective juror, or the entire prospective juror panel, the following:

1

## I. GENERAL WORK/BACKGROUND EXPERIENCE

1. Have you ever worked for the government at the local, state, or federal levels?

   a. If so, where did you work, for how many years, and in what capacity?

   b. If you are no longer working for the government, please describe the circumstances under which you left your employment.

2. Have you ever been a supervisor, manager, or held a position where you supervised or evaluated subordinate employees?

   a. If so, please describe the nature of this experience.

   b. Have you ever had to investigate an employee's complaint made against a coworker or another supervisor? Please describe.

   c. Have you ever had to counsel or discipline an employee for breaking company rules? Please describe.

   d. Have you ever been accused of treating subordinate unfairly? Please describe.

3. Have you or anyone close to you ever had such a bad experience with a coworker or supervisor that it made you leave the company? Explain.

4. Do you, a family member, or a close friend have any education, training, or background, in medicine, psychology, counseling, human resources, or personnel staffing?

   a. If so, please describe the nature of this experience.

## II. HOSTILE WORK ENVIRONMENT AND RETALIATION CLAIMS

5. Have you or anyone close to you ever experienced sexual harassment in the workplace?

   a. Would your knowledge, feelings or experiences regarding that matter influence your ability to render an impartial decision in this case?

6. Have you ever witnessed someone else being sexually harassed in the

workplace?

7. Have you ever filed a sexual harassment complaint against a supervisor or coworker?

    a. What was the result of that complaint?

    b. Did you feel your employer treated you differently after you made that complaint? How so?

8. Have you or someone close to you ever filed, or thought about filing, a sexual harassment or retaliation lawsuit against anyone?

    a. If yes, please describe that situation

9. Has anyone that you know or worked with sued your employer for sexual harassment or retaliation and received a settlement or court verdict?

    a. How did you feel about that?

**III. CONTACT WITH FEDERAL GOVERNMENT**

10. Have you, a family member, or a close friend ever had any serious problem, negative experience, dispute, or litigation involving a Postal employee, the United States Postal Service, or any other department or agency of the United States Government?

    a. If so, was that dispute or problem resolved to your satisfaction?

11. Would anything about that experience prevent you from serving as a fair juror in this case?

12. Had you ever heard of Postmaster General Louis DeJoy before today?

    a. If so, do you have any strong personal or political feelings about him? Would those feelings prevent you from rendering an impartial verdict in this case?

13. Do you believe that you would treat the actions of United States Postal Service employees differently than those of a private party because the USPS is a government agency?

**IV. LAWSUITS**

14. Have you ever been sued?

    a. If so, please explain the circumstances, identify who the defendants

and the plaintiffs were, when the suit was filed, and the result.

15. Have you ever filed a lawsuit?

    a. If so, please explain the circumstances, identify who the defendants and the plaintiffs were, when the suit was filed, and the result.

## V. ABILITY TO RENDER VERDICT

16. Do you believe that a defendant in litigation must prove that it did nothing wrong?

17. If the facts demonstrate that the Defendant did not do anything illegal, will you still be able to find in the Defendant's favor even if you feel sorry for, or sympathize with, the Plaintiff?

18. Is there any reason why you could not render an impartial decision in this case?

Defendant respectfully requests leave to orally tender supplemental questions as may be necessitated by the answers of prospective jurors.

Dated: May 10. 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Hillary M. Burrelle*
FATIMARGENTINA LACAYO
HILLARY BURRELLE
Assistant United States Attorney

Attorneys for Defendant, Louis DeJoy