G. SAMUEL CLEAVER [CSB No. 245717]
sam@gscleaverlaw.com
LAW OFFICES OF G. SAMUEL CLEAVER
3660 Wilshire Blvd., Suite 922
Los Angeles, CA 90010
Telephone: (213)568-4088

Attorneys for Plaintiffs
Ebony Ballard

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY BALLARD, an individual, | Case No.: CV 20-2679-MCS-(Ex) |
| Plaintiff, | |
| v. | [Hon. Mark C. Scarsi] |
| LOUIS DEJOY, Postmaster General of the United States of America, | **PLAINTIFF'S PROPOSED VOIR DIRE** |
| Defendant. | Pre-Trial Conf.: May 24, 2021<br>Time: 2:00 p.m.<br>Ctrm: 7C<br>Trial: June 15, 2021 |

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff Ebony Ballard hereby submits to the Court her proposed voir dire questions:

Request to Use a Juror Survey

Many potential jurors have suffered sexual harassment or know someone who has suffered sexual harassment. Others may have been accused of sexual harassment or know someone who has been accused of sexual harassment. Because such experiences are deeply personal, may have been humiliating, and can involve sexual experiences, jurors may be very reluctant to discuss them in open court. Sexual harassment is also an extremely controversial topic. Many jurors may be reluctant to openly share their opinions and beliefs about sexual harassment for fear of criticism or angering others. Accordingly, Plaintiff requests that the Court allow the parties either individually or jointly to submit a juror survey for individual jurors to complete in writing. Additionally, or in the alternate, Plaintiff requests that the Court allow jurors who so request to respond to voir dire questions privately in the presence of the Court and counsel for the parties only.

Plaintiff's Proposed Voir Dire

1) Do you know anyone who claims to have been sexually harassed at work?
   - What was your relationship to them?
   - What do you know about the person's experience?
   - Did that situation cause you to have any feelings about sexual harassment?
   - What are those feelings?
2) Do you know anyone who has been accused of sexual harassment?
   - What was your relationship to them?
   - What was that person's experience?
   - Did that situation cause you to have any feelings on the subject of sexual harassment?

1
PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

- What are those feelings?
3) Do you think that sometimes men are unfairly accused of sexual harassment?
    - What makes you feel that sometimes men are unfairly accused of sexual harassment?
4) Do your spouse and/or children have jobs?
    - What are their jobs?
5) What are your feelings about people who bring sexual harassment lawsuits?
    - Do you think that people who bring sexual harassment lawsuits are telling the truth? Why or why not?
    - Do you feel that bringing a sexual harassment lawsuit is ever justified?
    - When is it justified?
6) What training have you received on sexual harassment?
    - Where did you receive it?
    - Did you feel it was helpful or not helpful? Why?
    - What details to you remember about the training?
7) Do you know anyone who reported sexual harassment at work?
    - Who did they report it to?
    - Do you know what the result was? What was it?
    - Did you feel that was a fair result? Why or why not?
8) Would you feel comfortable reporting sexual harassment to your supervisor or Human Resources Department at work? Why or why not?
    - Would you be afraid of retaliation? Why or why not?
9) What are your feelings about people who come into court asking for money damages?

1     Respectfully submitted.

3   Dated: May 10, 2021           **LAW OFFICES OF G. SAMUEL CLEAVER**

                                By:   */s/ G. Samuel Cleaver*
                                           G. Samuel Cleaver
                              Attorneys for Plaintiff
                              Ebony Ballard