G. SAMUEL CLEAVER [CSB No. 245717]
sam@gscleaverlaw.com
LAW OFFICES OF G. SAMUEL CLEAVER
3660 Wilshire Blvd., Suite 922
Los Angeles, CA 90010
Telephone: (213)568-4088

Attorneys for Plaintiffs
Ebony Ballard

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY BALLARD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DEJOY, Postmaster General of the United States of America, <br><br> Defendant. | Case No.: CV 20-2679-MCS-(Ex) <br><br> [Hon. Mark C. Scarsi] <br><br> **PLAINTIFF'S PROPOSED JUROR SURVEY** <br><br> Pre-Trial Conf.: May 24, 2021 <br> Trial: July 13, 2021 |

Plaintiff hereby submits to the Court, her Proposed Jury Survey attached hereto as Attachment A:[1]

Respectfully submitted,

Dated: June 21, 2021            **LAW OFFICES OF G. SAMUEL CLEAVER**

By: ___*/s/ G. Samuel Cleaver*___
      G. Samuel Cleaver
Attorneys for Plaintiff
Ebony Ballard

---

[1] Defendant does not object to the questions in Plaintiff's proposed survey as written.

**Attachment A**

**JUROR SURVEY**

Name or Juror Number: ________________________________

Please write you answers to the following questions. If you need additional space, you can write on the back or request additional sheets from the Courtroom Deputy.

1. Have you or anyone close to you ever experienced sexual harassment at work? If so what was the person who experienced sexual harassment's relationship to you?

2. If you answered, yes to question 1, did that situation cause you to have any feelings or opinions about sexual harassment? If so, what were those feelings or opinions?

3. Have you or anyone close to you ever been accused of sexual harassment at work? If so, what was the accused person's relationship to you?

4. If you answered, yes to question 1, did that situation cause you to have any feelings or opinions about sexual harassment? If so, what were those feelings or opinions?

5. Do you have any opinions or feelings, positive or negative, about sexual harassment that might make it difficult for you to be a fair juror in this case? If so, please explain.