JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EBONY BALLARD, | Case No. 2:20-cv-02679-MCS-E |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOUIS DEJOY, Postmaster General of the United States Postal Service, | |
| Defendant. | |

1     Pursuant to the jury verdict and the Court's Findings of Fact and Conclusions of Law Re: Motion for Equitable Relief, IT IS ORDERED, ADJUDGED, AND DECREED:

    Judgment is entered in favor of Plaintiff Ebony Ballard and against Defendant Louis DeJoy, Postmaster General of the United States Postal Service, on Plaintiff's claim of hostile work environment under Title VII of the Civil Rights Act of 1964. Plaintiff shall recover from Defendant $250,000.00 in compensatory damages.

    Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's claim of retaliation under Title VII of the Civil Rights Act of 1964.

**IT IS SO ORDERED.**

Dated: October 27, 2021

*[signature]*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE